# ALABAMA COURT OF CRIMINAL APPEALS



March 21, 2025

**CR-2023-0091**
Anthony Shundale Moore v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-1486)

## <u>NOTICE</u>

You are hereby notified that on March 21, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk